UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY HANNING,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. C10-2037-TSZ<br><br>ORDER DISMISSING CASE |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, docket no. 19, to which no objection has been filed, does hereby find and ORDER:

　　(1)　The Court adopts the Report and Recommendation.

　　(2)　The final decision of the Commissioner is AFFIRMED and this case is DISMISSED with prejudice.

　　(3)　The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

　　DATED this 26th day of October, 2011.

　　　　　　　　　　　　　　　　　　　／s／ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DISMISSING CASE
PAGE - 1